Charles J. BURESCH, Appellant,

v.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL NO.
24, and Charles H. Pillard, International President, International Brotherhood
of Electrical Workers, Appellees.

No. 71–1745.

United States Court of Appeals,
Fourth Circuit.

Argued Feb. 8, 1972.

Decided Feb. 23, 1972.

Donald G. McIntosh, Baltimore, Md.
(J. Garretson-Butt, Baltimore, Md., on
brief), for appellant.

Thomas X. Dunn, Washington, D. C.
(Louis Sherman, Elihu I. Leifer, and
Sherman, Dunn, Cohen & Leifer, Washington, D. C., on brief), for appellees.

Before HAYNSWORTH, Chief Judge,
and CRAVEN and FIELD, Circuit Judges.

PER CURIAM:

In this action by a union member
against a union local, after consideration
of the briefs and oral argument, we affirm on the opinion of the District
Court. Buresch v. I. B. E. W., Local
No. 24, et al., 343 F.Supp. 183. (D.C.
Md.1971).

Affirmed.

■

In the Matter of CARMICHAEL ENTERPRISES, INC., Bankrupt.

James E. MALEY, Trustee, Appellant,

v.

TRUST COMPANY OF GEORGIA and
Union Camp Corporation, Appellees.

No. 71–3583.

United States Court of Appeals,
Fifth Circuit.

June 26, 1972.

Morton P. Levine, Stacey W. Cotton,
James E. Maley, Levine, D'Alessio &
Cohn, P.A., Atlanta, Ga., for appellant.

Charles M. Kidd, Walter Driver, Jr.,
Atlanta, Ga., for Union Camp.

Joseph B. Haynes, Kirk McAlpin, King
& Spalding, Weltner, Kidd & Crumbley,
Atlanta, Ga., for appellee Trust Co., of
Georgia.

Before WISDOM and INGRAHAM,
Circuit Judges, and BOOTLE, District
Judge.

PER CURIAM:

We affirm on the basis of the district
court's well-reasoned opinion, In Matter
of Carmichael Enterprises, Inc., Northern District of Georgia, 1971, 334 F.
Supp. 94.

Affirmed.